## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JERRY LEWIS DEDRICK,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV-05-1040-R** |
| | ) | |
| **BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### O R D E R

Before the Court are the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered October 24, 2005 and Petitioner's Objection to Report and Recommendation filed November 15, 2005. Petitioner in his Objection merely objects to recharacterization of his petition as a complaint pursuant to 42 U.S.C. § 1983, which the Magistrate Judge did not do, and asserts that relief should be granted on his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, as explained by the Magistrate Judge, the petition herein challenges conditions of confinement, for which habeas relief is not available.

In accordance with the foregoing, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, the petition of Jerry Lewis Dedrick for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is summarily DISMISSED.

**IT IS SO ORDERED this 18th day of November, 2005.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE